[No. 6140–6–II.   Division Two.   June 21, 1984.]

ROBERT R. DYBERG, *Respondent,* v. JOSEPH J. BATH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 296431, Donald H. Thompson, J., entered January 8, 1982. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Alexander, J. Pro Tem.

[No. 6073–6–II.   Division Two.   June 21, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BARTON CLIFFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 81–1–00021–5, Thomas L. Lodge, J., entered November 20, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6659–9–II.   Division Two.   June 21, 1984.]

LORNA HANNY, *Respondent,* v. DAN MACMILLAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82–2–00352–9, John W. Schumacher, J., entered October 22, 1982. *Reversed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.